# EXHIBIT "A"

**ORBIT ENERGY & POWER LLC**
**CASE #22-19628-ABA**
**Payments Made during 90 Day Period Prior to Filing**

**Vendor:** Beacon Roofing Supply, Inc.
505 Huntmar Park Drive, Suite 300
Herndon, VA 20170

| Check Date | Clear Date | Check Number | Check Amount |
|---|---|---|---|
| 09/12/2022 | 9/13/2022 | Bill Trust | 27,148.36 |
| 09/30/2022 | 10/3/2022 | Bill Trust | 5,455.90 |
| 09/30/2022 | 10/3/2022 | Bill Trust | 25,296.00 |
| 10/14/2022 | 10/17/2022 | Bill Trust | 39,781.48 |
| 10/14/2022 | 10/17/2022 | Bill Trust | 770.80 |
| 10/14/2022 | 10/17/2022 | Bill Trust | 4,308.69 |
| 11/11/2022 | 11/15/2022 | Bill Trust | 6,641.98 |
| 11/11/2022 | 11/15/2022 | Online Pymt | 29,125.41 |
| **TOTAL** | | | **138,528.62** |